No. 71–410.  PIPKIN v. CALIFORNIA.  Ct. App. Cal., 2d App. Dist.  Certiorari denied.

No. 71–418.  MILLER ET AL. v. WINTERS; and
No. 71–426.  THOMAS ET AL. v. WINTERS.  C. A. 2d Cir.  Certiorari denied.  Reported below: 446 F. 2d 65.

No. 71–423.  SQUELLA-AVENDANO v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 71–450.  MULLIN ET AL. v. CITY OF MANSFIELD ET AL.  Sup. Ct. Ohio.  Certiorari denied.

No. 71–459.  ISBRANDTSEN TANKERS, INC. v. PRESIDENT OF INDIA.  C. A. 2d Cir.  Certiorari denied.

No. 71–484.  INDEPENDENT SOAP & CHEMICAL WORKERS OF KANSAS CITY v. CUNNINGHAM ET AL.  Sup. Ct. Kan.  Certiorari denied.

No. 70–215.  LOFTY v. RICHARDSON, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.  C. A. 6th Cir. Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–1.  CRAIG v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.

No. 71–84.  HILL ET AL. v. PENNSYLVANIA.  C. A. 3d Cir.  Certiorari denied.  MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted.